IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
MAR 17 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 4:21CR205 JAR/SPM |
| RICHIE WILLIAMS, | ) ) |
| Defendant. | ) |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Catherine M. Hoag, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g).

2. Pursuant to Title 18, United States Code, Section 3142(g), the nature of the charges against the defendant, the weight of the evidence against defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by defendant's release additionally warrant defendant's detention pending trial.

3. As stated above, the defendant is charged with felon in possession of a firearm which is a crime that involves a firearm, as enumerated in Title 18, United States Code, Section 3142(g)(1), therefore weighing in favor of detention.

4. Additionally, the evidence in this case is strong. SLMPD officers observed a vehicle commit several traffic violations and attempted to conduct a traffic stop. However, as the officers were approaching the vehicle, the defendant exited the driver's seat and fled on foot. The officers pursued the defendant, following him throughout an apartment complex. One of the officers observed the defendant take a silver and black

handgun from his waistband and throw it into the bed of a black pickup truck. After the defendant was taken into custody, the officer returned to the pickup truck and retrieved the gun. Upon searching the defendant's bag, the officers located an extended magazine. Furthermore, during a search of the defendant, the officers located 12 pills of suspected fentanyl. The officers confirmed through dispatch that the vehicle the defendant was driving had been stolen. After being advised of his *Miranda* rights, the defendant admitted he knew the vehicle was stolen, that he knew he was not supposed to have the gun or drugs, and that he had just consumed some of the fentanyl prior to the police pulling him over.

5. Defendant's criminal history includes prior felony convictions for burglary in the 2nd degree, stealing, and unlawful possession of a firearm. He has additional misdemeanor convictions for resisting arrest and stealing. Moreover, the defendant has pending charges for possession of a controlled substance in St. Louis County (case number 19SL-CR04225), unlawful possession of a weapon, delivery of an imitation controlled substance, and resisting arrest in St. Louis City (case number 2022-CR01973), and stealing a motor vehicle in St. Louis County (case number 20SL-CR09671). He was out on bond on at least one of the pending cases at the time he committed the current offense, indicating that he is not amenable to supervision. Furthermore, the nature of the defendant's prior convictions indicates that he is a danger to the community.

6. Finally, the defendant's conduct in fleeing from the police in this case indicates that he is a flight risk. His prior conviction for resisting arrest and pending charge for resisting arrest further support this conclusion.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Catherine M. Hoag*
CATHERINE M. HOAG #67500(MO)
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200