# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:21 CR 205 JAR/SPM |
| RICHIE WILLIAMS, | ) ) ) |
| Defendant. | ) |

## SCHEDULING ORDER

All pretrial matters in the above-referenced case have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). Defendant pled not guilty to the Indictment on May 3, 2021 before the Honorable John M. Bodenhausen, U.S. Magistrate Judge. At the arraignment, defendant's counsel made a motion for additional time to file pretrial motions stating that defense counsel has not had the opportunity to review discovery and/or has not had time to investigate the evidence, discuss it with defendant, and/or decide whether or not to file pretrial motions.

Accordingly,

**IT IS HEREBY ORDERED** that an attorneys-only scheduling conference is set for **May 11, 2021 at 11:30 AM** before the undersigned. The hearing will take place by Zoom. Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1-669-254-5252, Meeting ID: 161 928 6499. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** than an Order Concerning Pretrial Motions shall issue following the scheduling conference.

                                                                                                    _____
                                                                                                    SHIRLEY PADMORE MENSAH
                                                                                                    UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of May, 2021.