UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 4:21-cr-00205-JAR-SPM |
| RICHIE WILLIAMS, | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM UNDER SEAL

COMES NOW defendant Richie Williams, by and through undersigned counsel, and hereby respectfully seeks leave of this Honorable Court to file a memorandum under seal due to the personal nature of the contents contained therein.

Dated: May 6, 2021

Respectfully submitted,

/s/ Nicholas Williams
Nicholas Williams, #62617MO
1401 Brentwood Boulevard, Suite 950
St. Louis, Missouri 63144
Phone: (314) 863-6363
Fax: (314) 727-2869
E-Mail: Nicholas.Williams@KesslerWilliams.com

*Attorney for Defendant Richie Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of May, 2021, the foregoing was filed electronically with the Clerk of the Court by operation of the Court's electronic filing system upon the Assistant United States Attorney.

/s/ Nicholas Williams
Nicholas Williams