UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
vs. ) Case No. 4:21-cr-00205-JAR
)
RICHIE WILLIAMS, )
)
      Defendant. )

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☐   A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☑   Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.

☐   The defendant declines to sign this notice.

(<u>Note</u>: Defense counsel should check the appropriate box(es) above.)

12/6/2022
Date

_____
Signature of Attorney

☑   I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.

12/6/2022
Date

_____
Signature of Defendant