RECEIVED
JUL 17 2023
BY MAIL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Richie Williams,
Name      Defendant

v.                                            Case No: _____

United States of America,
Respondent

---

## MOTION FOR DOCUMENTS

I Richie Williams hereby petition the Court for the following documents. This request is being made in order to challenge the sentence that was imposed in violation of law, pursuant to 18 U.S.C. 2255. I would like to have a copy of: 1) Docket Sheet; 2) Plea Agreement 3) _____

Respectfully Submitted

/s/ Richie Williams

Richie Williams #42955-509
Federal Correctional Complex
P.O. Box 3000-Med
Forrest City, AR 72336

MEMPHIS TN 380
13 JUL 2023 PM 1 L



RECEIVED
JUL 17 2023
BY MAIL

Office of the Clerk
111 South. 10th Street
St. Louis, MO. 63102

63102-112599